```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

            AUG 2 3 2024

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Houston Casualty Company, a foreign Corporation<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Findlay Management Group, a Nevada Domestic Corporation<br><br>　　　　Defendant(s). | Case #2:24-cv-01459<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Thomas H. Cellilli, III_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Skarzynski, Marick & Black LLP_____
(firm name)

with offices at _____One Battery Park Plaza, 32nd Floor_____,
(street address)

_____New York_____, _____New York_____, _____10004_____,
(city)　　　　　　　(state)　　　　　　　(zip code)

_____212-820-7736_____, _____tcellilli@skarzynski.com_____.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Houston Casualty Company_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 12, 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | December 12, 2003 | 4173423 |
| USDC- SDNY | May 15, 2007 | TC0325 |
| USDC - EDNY | May 16, 2007 | 4173423 |
| Nebraska (Inactive) | September 22, 1994 | 20358 |
| USDC - Nebraska (Inactive) | September 22, 1994 | 20358 |
| US Court of Appeals, 2nd Circuit | January 5, 2022 | |
| Central Division of Illinois - Urbana Div. | March 2013 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

New York
Nebraska

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ____New York____ )

____Thomas H. Cellilli, III____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 23rd day of August, 2024.

_____
Notary Public or Clerk of Court

JANICE M. FONT
NOTARY PUBLIC, STATE OF NEW YORK
No. 01FO6122842
Qualified in Richmond County
Commission Expires February 22, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Robert Schumacher, Esq.____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____300 S. 4th Street, Suite 1550____
(street address)

____Las Vegas____, ____Nevada____, ____89101____
(city)          (state)         (zip code)

____702-577-9319____, ____rschumacher@grsm.com____
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____Robert E. Schumacher, Esq.____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____ Executive VP
(party's signature)

Houston Casualty Company
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7504                            rschumacher@grsm.com
Bar number                      Email address

APPROVED:

Dated: this __27__ day of __August__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Thomas Henry Cellilli, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 24, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on August 20, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00187984

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 22, 1994, Thomas H. Cellilli was admitted to practice as an Attorney and Counselor at Law by the Supreme Court and is currently on inactive status with the Nebraska State Bar Association. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on August 21, 2024.

*Joshua R. Shasserre*

Joshua R. Shasserre, Clerk

Generated: Aug 23, 2024 3:40PM                                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

CLERK, US DISTRICT COURT                                          Receipt Date: Aug 23, 2024 3:40PM

Rcpt. No: 200010767            Trans. Date: Aug 23, 2024 3:40PM                     Cashier ID: #RG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNVX224AT000001 /001<br>CLERK, US DISTRICT COURT | 1 | 250.00 | 250.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #4199 | 08/23/2024 | | $250.00 |

Total Due Prior to Payment: $250.00
Total Tendered: $250.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 2:24-cv-01459-GMN-NJK PHV as to Attorney Thomas H. Cellilli, III.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

