ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com

AND

THOMAS H. CELLILLI III, ESQ.
*(Admitted Pro Hac Vice)*
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Direct Line: (212) 820-7736
Facsimile: (212) 820-7740
Email: tcellilli@skarzynski.com

*Attorneys for Houston Casualty Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Houston Casualty Company, a foreign Corporation,<br><br>            Plaintiff/Counterdefendant,<br><br>vs.<br><br>Findlay Management Group., a Nevada Domestic Corporation,<br><br>            Defendant/Counterclaimant. | CASE NO. 2:24-cv-01459-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S ANSWER AND COUNTER CLAIMS [ECF NO. 21] AND/OR AMEND COMPLAINT (ECF NO. 5)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Houston Casualty Company, on the one hand, and Defendant Findlay Management Group, on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time for Plaintiff to respond to Defendant's responsive pleading (ECF No. 21) and/or amend its Amended Complaint (ECF No. 5).  The current deadline is November 14, 2024. This is the first request for extension concerning this deadline.

1. On October 24, 2024, Defendant filed its Answer and Counterclaim (ECF No. 21) against Plaintiff.

2. The current deadline for Plaintiff to respond to Defendant's counterclaims (ECF No. 21), or amend its Amended Complaint (ECF No. 5) is November 14, 2024.

3. Subject to the Court's approval, the Parties have agreed that Plaintiff shall have an additional twenty-two (22) days, up to and including December 6, 2024, to respond to Defendant's responsive pleading (ECF No. 21) and/or amend its Amended Complaint (ECF No. 5).

4. The additional twenty-two (22) days is necessary to accommodate scheduling conflicts of Plaintiff's counsel that are presented by other matters and commitments that existed before this case was filed, along with, the upcoming Thanksgiving holiday.

5. Good cause exists to grant this stipulation, and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**Dated: November 14, 2024**