ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: rschumacher@grsm.com

AND

THOMAS H. CELLILLI III, ESQ.
*(Pro Hac Vice)*
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Direct Line: (212) 820-7736
Facsimile: (212) 820-7740
Email: tcellilli@skarzynski.com

*Attorneys for Plaintiff Houston Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Houston Casualty Company, a foreign Corporation, | CASE NO. 2:24-cv-01459-GMN-NJK |
| Plaintiff | **ORDER TO EXTEND DEADLINE FOR FILING OF DISCOVERY PLAN** |
| vs. | |
| Findlay Management Group., a Nevada Domestic Corporation, | **(FIRST REQUEST)** |
| Defendant. | |

  Plaintiff, Houston Casualty Company ("HCC"), on the one hand, and Defendant, Findlay Management Group ("Findlay"), on the other hand, by and through their respective undersigned attorneys of record, hereby stipulate and agree to extend the deadline to file a discovery plan in

-1-

this case. The current deadline for filing the discovery plan is November 28, 2024. This is the first request for an extension of time concerning this deadline.

1. On August 9, 2024, Plaintiff filed its Complaint (ECF No. 1) against Defendant, which was not served on Defendant.

2. On August 28, 2024, Plaintiff filed its Amended Complaint against Defendant (ECF No. 5).

3. On September 3, 2024, Defendant was served with Plaintiff's Amended Complaint (ECF No. 5) and the Summons (ECF No. 12).

4. The Court entered an order extending the deadline for Defendant to respond to the Amended Complaint for thirty (30) days (ECF No. 19).

5. Defendant filed its Answer and Counterclaims on October 24, 2024 (ECF No. 21).

6. On November 13, 2024, the parties filed a Stipulation and Proposed Order to extend time for Plaintiff to respond to Defendant's Answer and Counterclaims and/or to amend its Amended Complaint (ECF No. 23) for an additional twenty-two (22) days, up to and including December 6, 2024.

7. On November 15, 2024, the Court entered an order granting the Stipulation for the Extension of Time (ECF 24). On November 14, 2024, the parties conducted a Rule 26(f) conference on Microsoft Teams and discussed a discovery plan. The parties require additional time to consider each other's positions concerning discovery.

Among other things, additional time will allow the parties to submit a discovery plan that includes all of their respective claims and counterclaims given Plaintiff's forthcoming Second Amended Complaint, which may change the landscape of potential discovery in this case.  Further, it would be a waste of resources of both the parties and this Court for a discovery plan to be submitted now and then revised shortly thereafter.  Further, additional time will account for

intervening holidays that might otherwise subtract from the discovery period.

8. Accordingly, the parties request up to and including January 10, 2025, to file their discovery plan and for such discovery plan deadlines to track from the date the Defendant answers Plaintiff's anticipated Second Amended Complaint.

9. The parties also agree that their respective Rule 26 Initial Disclosures shall be produced within fourteen (14) days of the submission of the parties' discovery plan, assuming no motion to stay discovery has been filed.

10. Nothing in this stipulation shall constitute a waiver of either party's right to file a motion to stay discovery or otherwise seek to modify the standard discovery plan. Nor shall this stipulation constitute a waiver of either party's rights to oppose any stay of discovery or other relief sought by the other party.

11. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO ORDERED.**

DATED: November 27, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE