David A. Carroll (Nevada Bar No. 7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo (Nevada Bar No. 10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke (Nevada State Bar No. 12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

Robert L. Wallan (*Pro Hac Vice*)
robert.wallan@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant Findlay Management Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>FINDLAY MANAGEMENT GROUP, a Nevada domestic corporation,<br><br>    Defendant/Counterclaimant. | Case No. 2:24-cv-01459-GMN-NJK<br><br>**STIPULATION AND [*PROPOSED*] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

1

Pursuant to LR IA 6-1, Plaintiff/Counterdefendant Houston Casualty Company, on one hand, and Defendant/Counterclaimant Findlay Management Group, on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time for Defendant to respond to the Second Amended Complaint (ECF No. 27). The current deadline is December 20, 2024. This is the first request for extension concerning this deadline.

1. On October 24, 2024, Defendant filed its Answer and Counterclaim (ECF No. 21) against Plaintiff. The Court granted additional time for Plaintiff to respond to the Counterclaim and/or amend its pleading (ECF No. 26).

2. On December 6, 2024, Plaintiff filed its Second Amended Complaint (ECF No. 27) against Defendant.

3. The current deadline for Defendant to respond to the Second Amended Complaint (ECF No. 27) is December 20, 2024.

4. Subject to the Court's approval, the Parties have agreed that Defendant shall have additional time, up to and including January 6, 2025, to respond to the Second Amended Complaint (ECF No. 27).

5. The requested extension to accommodate scheduling conflicts of Defendant's counsel that are presented by other matters and commitments that existed before this case was filed as well as the intervening holidays.

///
///
///

6. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: December 19, 2024

/s/ Rachel L. Wise
Craig J. Mariam, Esq. (NSB #10926)
Rachel L. Wise, Esq. (NSB #12303)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: 702-577-9300

-and-

Thomas H. Cellilli III, Esq.
(*Pro Hac Vice*)
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: 212-820-7700
*Attorneys for Plaintiff Houston Casualty Company*

DATED: December 19, 2024

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB # 10875)
Robert E. Opdyke, Esq. (NSB #12841)
**RICE REUTHER SULLIVAN & CARROLL LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

-and-

Robert L. Wallan (*Pro Hac*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant Findlay Management Group*

**IT IS SO ORDERED.**

_____
~~**UNITED STATES DISTRICT JUDGE/**~~
**UNITED STATES MAGISTRATE JUDGE**
**Dated:** December 20, 2024

3