CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No.12303
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
Email: cmariam@grsm.com

AND

JUAN LUIS GARCIA, ESQ.
*(Admitted Pro Hac Vice)*
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Direct Line: (212) 820-7702
Facsimile: (212) 820-7740
Email: jgarcia@skarzynski.com

*Attorneys for Houston Casualty Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Houston Casualty Company, a foreign Corporation, | CASE NO. 2:24-cv-01459-GMN-NJK |
| Plaintiff/Counterdefendant, | |
| vs. | **HOUSTON CASUALTY COMPANY'S MOTION TO WITHDRAW THOMAS H. CELLILLI, III AND MEMORANDUM OF POINTS AND AUTHORITIES OF SUPPORT** |
| Findlay Management Group., a Nevada Domestic Corporation, | |
| Defendant/Counterclaimant. | |

Plaintiff/Counterdefendant Houston Casualty Company ("HCC"), by and through their

undersigned counsel, respectfully, pursuant to IA 11-6 and 6-2, leave of the Court to withdraw

-1-

Thomas H. Cellilli, III as counsel of record.

DATED this 25th day of February 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Juan Luis Garcia
Juan Luis Garcia, ESQ.
*(Admitted Pro Hac Vice)*
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004

And

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No.12303
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Plaintiff,
Houston Casualty Company*

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6(b) states that: " If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Thomas H. Cellilli, III, who has appeared in this action, is no longer associated with Skarzynski Marick & Black, LLP, one of the firms representing Houston Casualty Company ("HCC") in this action and HCC accordingly seeks to withdraw Mr. Cellilli as counsel of record.

All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system.

Additionally, pursuant to Local Rule IA 11-6(d), withdrawal will not cause any delay in the instant proceedings as HCC will continue to be represented in this action by attorneys Craig J. Mariam, Gordon Rees Scully Mansukhani, LLP , and Juan Luis Garcia of Skarzynski Marick & Black, LLP.

Additionally, movants have attached a proposed order and the LR IA 6-2 signature block, whichever the Court chooses to use.

DATED this 25th day of February 2025.

/s/ Juan Luis Garcia
Juan Luis Garcia, ESQ.
*(Admitted Pro Hac Vice)*
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004

And

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No.12303

IT IS SO ORDERED.
Dated: February 25, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

*Gordon Rees Scully Mansukhani LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, Nevada 89101*

-3-