# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>  Plaintiff(s),<br><br>v.<br><br>FINDLAY MANAGEMENT GROUP,<br><br>  Defendant(s). | Case No. 2:24-cv-01459-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 52] |

Pending before the Court is a stipulation to hold discovery deadlines in abeyance or, alternative, to extend discovery deadlines. Docket No. 52.

This relief is sought in light of the recent addition of third-party defendants, which have not yet appeared. *See* Docket No. 45 (granting stipulation). The Court has not been provided sufficient justification to hold deadlines in abeyance. The Court also notes that discovery does not need to "restart" from scratch when new parties appear. *See, e.g.*, Local Rule 26-5 (allowing newly appearing parties to demand prior discovery from existing parties). The Court finds an extension to be the more appropriate relief. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: July 14, 2025
- Rebuttal experts: August 12, 2025
- Discovery cutoff: September 12, 2025
- Dispositive motions: October 13, 2025
- Joint proposed pretrial order: November 10, 2025, or 30 days after resolution of dispositive motions

1

This schedule applies to all parties, including later-appearing parties, unless the Court grants relief from these deadlines upon an appropriate showing. Defendant/Counterclaimant Findlay Management must send a copy of this order to each newly appearing party within seven days of its first appearance.

IT IS SO ORDERED.

Dated: April 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge