1  David A. Carroll (Nevada Bar No. 7643)
   dcarroll@rrsc-law.com
2  Anthony J. DiRaimondo (Nevada Bar No. 10875)
   adiraimondo@rrsc-law.com
3  Robert E. Opdyke (Nevada State Bar No. 12841)
   ropdyke@rrsc-law.com
4  **RICE REUTHER SULLIVAN & CARROLL, LLP**
   3800 Howard Hughes Parkway, Suite 1200
5  Las Vegas, Nevada 89169
   Telephone: (702) 732-9099
6
   Robert L. Wallan (*Pro Hac Vice*)
7  robert.wallan@pillsburylaw.com
   **PILLSBURY WINTHROP SHAW PITTMAN LLP**
8  725 South Figueroa Street, 36th Floor
   Los Angeles, California 90017-5524
9  Telephone: (213) 488-7163

10 Attorneys for Defendant/Counterclaimant
   Findlay Management Group
11
                    **UNITED STATES DISTRICT COURT**
12                      **DISTRICT OF NEVADA**

13

| | |
|---|---|
| Houston Casualty Company, a foreign corporation, | Case No. 2:24-cv-01459-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR CERTAIN NEWLY-ADDED COUNTERDEFENDANTS TO RESPOND TO AMENDED COUNTERCLAIM** |
| vs. | |
| Findlay Management Group, a Nevada Domestic Corporation, | **(FIRST REQUEST)** |
| Defendant. | |
| Findlay Management Group, a Nevada Domestic Corporation, | |
| Defendant/Counterclaimant, | |
| vs. | |
| Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English | |

-1-

business entity; Syndicate KLN 510, an English business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Lloyd's Underwriters Syndicate No. 4444 CNP (Acrisure); West Chester Surplus Lines Insurance Company (Chubb),

                Counter-defendants.

Pursuant to LR IA 6-1, Counterclaimant Findlay Management Group and certain Newly-Added Counterdefendants[1] (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time to respond to the Amended Counterclaim (ECF No. 46) and Errata thereto (ECF No. 53). The Newly-Added Counter-defendants have varying deadlines to respond to the Amended Counterclaim, which are based on date of service for each counterdefendant and these deadlines currently fall between May 13, 2025 and May 23, 2025. This is the first request for extension concerning these deadlines.

Subject to the Court's approval, the Parties have agreed that the Newly-Added Counterdefendants shall have, up to and including May 30, 2025, to respond to the Amended Counterclaim (ECF No. 46) and Errata thereto (ECF No. 53). There is good cause to grant this additional time based on the need for a new party to get up to speed in this already existing litigation in which discovery has already commenced and is ongoing.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

---

[1] The Newly-Added Counterdefendants for purposes of this stipulation are as follows: (1) United Specialty Insurance Company, Aspen Specialty Insurance Company, Endurance American Specialty Insurance Company, and Certain Underwriters at Lloyd's London Syndicates BRT 2987, KII 1618, KLN 510, TMK 1880, AUL 1274 and AES 1225 (collectively "Ambridge"); and (2) Westchester Surplus Lines Insurance Company (hereinafter "Chubb").

| | |
|---|---|
| DATED: May 13, 2025 | DATED: May 13, 2025 |
| /s/ Nicholas R. Novak | /s/ Anthony J. DiRaimondo |
| Nicholas R. Novak, Esq.<br>**BATESCAREY LLP**<br>191 N. Wacker, Suite 2400<br>Chicago, IL 60606<br>Telephone: (312) 762-3266 | David A. Carroll, Esq. (NSB #7643)<br>Anthony J. DiRaimondo, Esq. (NSB # 10875)<br>Robert E. Opdyke, Esq. (NSB #12841)<br>**RICE REUTHER SULLIVAN & CARROLL LLP**<br>3800 Howard Hughes Parkway, Suite 1200<br>Las Vegas, Nevada 89169<br>Telephone: (702) 732-9099 |
| *Attorneys for Counterdefendant United Specialty Insurance Company, Aspen Specialty Insurance Company, Endurance American Specialty Insurance Company, and Certain Underwriters at Lloyd's London Syndicates BRT 2987, KII 1618, KLN 510, TMK 1880, AUL 1274 and AES 1225 (collectively "Ambridge")* | -and-<br><br>Robert L. Wallan (*Pro Hac Vice Forthcoming*)<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, California 90017-5524<br>Telephone: (213) 488-7163<br><br>*Attorneys for Defendant/Counterclaimant Findlay Management Group* |

///

///

///

///

///

///

///

DATED: May 13, 2025

/s/ Matthew W. Casey
Matthew W. Casey, Esq.
**WALKER WILCOX MATOUSEK LLP**
One North Franklin St., Suite 3200
Chicago, IL 60606
Telephone: (312) 244-6722

*Attorneys for Counterdefendant Westchester Surplus Lines Insurance Company ("Chubb")*

## Order

The Newly-Added Counterdefendants that are parties to this Stipulation shall have, up to and including May 30, 2025, to respond to the Amended Counterclaim (ECF No. 46) and Errata thereto (ECF No. 53).

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT JUDGE/~~
**UNITED STATES MAGISTRATE JUDGE**
**Dated:** May 14, 2025

-4-