# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>FINDLAY MANAGEMENT GROUP,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01459-GMN-NJK<br><br>**Order**<br><br>[Docket No. 62] |

　　　Pending before the Court is a renewed stipulation regarding the designation and treatment of confidential discovery material.  Docket No. 62; *see also* Docket No. 63 (memorandum in support).  The Court continues to doubt whether judicial oversight is truly warranted, but the Court will enter the stipulated protective order as a courtesy to the parties.

　　　In addition, the memorandum represents that there is likely substantial overlap between the discovery in this case and the discovery in an underlying consolidated class action, such that there is a need for "uniformity and consistency" across cases.  Docket No. 63 at 4.  The Court notes that counsel did not file a notice of related cases in this case.  *See* Local Rule 42-1(a).  Counsel must review Local Rule 42-1(a) and must file a notice of related cases if one is warranted.

　　　IT IS SO ORDERED.

　　　Dated: May 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge