| | |
|---|---|
| 1 | David A. Carroll (Nevada Bar No. 7643) |
|   | dcarroll@rrsc-law.com |
| 2 | Anthony J. DiRaimondo (Nevada Bar No. 10875) |
|   | adiraimondo@rrsc-law.com |
| 3 | Robert E. Opdyke (Nevada State Bar No. 12841) |
|   | ropdyke@rrsc-law.com |
| 4 | **RICE REUTHER SULLIVAN & CARROLL, LLP** |
|   | 3800 Howard Hughes Parkway, Suite 1200 |
| 5 | Las Vegas, Nevada 89169 |
|   | Telephone: (702) 732-9099 |
| 6 | |
| 7 | Robert L. Wallan (*Pro Hac Vice*) |
|   | robert.wallan@pillsburylaw.com |
|   | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 8 | 725 South Figueroa Street, 36th Floor |
|   | Los Angeles, California 90017-5524 |
| 9 | Telephone: (213) 488-7163 |
| 10 | Attorneys for Defendant/Counterclaimant |
|   | Findlay Management Group |
| 11 | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 14 | Houston Casualty Company, a foreign corporation, | Case No. 2:24-cv-01459-ART-NJK |
| 15 | | **STIPULATION AND ORDER TO SUBSTITUTE PARTY AND CORRECT CAPTION** |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | Findlay Management Group, a Nevada Domestic Corporation, | |
| 19 | Defendant. | |
| 20 | | |
| 21 | Findlay Management Group, a Nevada Domestic Corporation, | |
| 22 | | |
| 23 | Defendant/Counterclaimant, | |
| 24 | vs. | |
| 25 | Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English business entity; Syndicate KLN 510, an English | |
| 26 | | |
| 27 | | |
| 28 | | |

-1-

business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Lloyd's Underwriters Syndicate No. 4444 CNP (Acrisure); West Chester Surplus Lines Insurance Company (Chubb),

                Counter-defendants.

Defendant Counterclaimant Findlay Management Group, Counter-defendant Lloyd's Underwriters Syndicate No. 4444 CNP ("Acrisure"), and Counter-defendant Certain Underwriters at Lloyd's, London Subscribing to Policy B1820WLS23C876 (denominated as Lloyd's Underwriters Syndicate No. 4444 CNP) ("Canopius") hereby stipulate as follows:

1. The Amended Counterclaim, as amended by the Errata thereto, erroneously refers to Counter-defendant Lloyd's Underwriters Syndicate No. 4444 CNP ("Acrisure") (ECF Nos. 46 and 53).

2. On May 2, 2025, the law firm of Troutman Pepper Locke LLP accepted the Summons, Amended Counterclaim, and Errata to Amended Counterclaim on behalf of the proper named entity of Counter-defendant Certain Underwriters at Lloyd's, London Subscribing to Policy B1820WLS23C876 (denominated as Lloyd's Underwriters Syndicate No. 4444 CNP) ("Canopius").

3. Counter-defendant Lloyd's Underwriters Syndicate No. 4444 CNP ("Acrisure") is dismissed without prejudice from this action, with each party to bear its own attorneys' fees and costs.

4. Counter-defendant Certain Underwriters at Lloyd's, London Subscribing to Policy B1820WLS23C876 (denominated as Lloyd's Underwriters Syndicate No. 4444 CNP) ("Canopius") is substituted into this Action and named as a Counter-defendant.

5. The case caption shall be amended accordingly.

6. This substitution and case caption change shall not affect the Motion to Compel (ECF No. 68), which remains pending.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: June 4, 2025              DATED: June 4, 2025

/s/ Thomas S. Hay              /s/ Anthony J. DiRaimondo

Kevin F. Kieffer, Nevada Bar No. 7045
Holly E. Cheong, Esq., Nevada Bar No. 11936
Thomas S. Hay (pro hac vice to be filed)
**TROUTMAN PEPPER LOCKE LLP**
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 (Nevada Office)
Tel: (213) 928-9800

*Counter-Defendant Certain Underwriters at Lloyd's, London Subscribing to Policy No. WLS23C876 (denominated as Lloyd's Underwriters Syndicate No. 4444 CNP)*

David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
**RICE REUTHER SULLIVAN & CARROLL LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

-and-

Robert L. Wallan (*Pro Hac Vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant/Counterclaimant Findlay Management Group*

**IT IS SO ORDERED.**

~~UNITED STATES DISTRICT JUDGE/~~
**UNITED STATES MAGISTRATE JUDGE**
**Dated:** June 4, 2025

-3-