1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign Corporation,<br><br>　　　　　　　　Plaintiff/Counter-defendant,<br><br>vs.<br><br>FINDLAY MANAGEMENT GROUP, a Nevada Domestic Corporation<br><br>　　　　　　　　Defendant/Counterclaimant. | CASE NO: 2:24-cv-01459-ART-NJK<br><br>**ORDER GRANTING (ECF No. 87)**<br><br>**STIPULATION TO EXTEND TIME FOR HOUSTON CASUALTY COMPANY TO RESPOND TO COUNTERMOTION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

　　　Pursuant to LR IA 6-1, the Parties, by and through their undersigned counsel, hereby stipulate and agree to extend Plaintiff/Counterclaimant Houston Casualty Company's ("HCC")

-1-

1  time to respond to the Countermotion to Compel Arbitration (ECF No. 86). The current deadline
2  is June 27, 2025. This is the first request for an extension of time regarding this deadline.

3  Subject to the Court's approval, the Parties agree that HCC shall have an additional
4  eleven (11) days, up to and including July 8, 2025, to respond to the Countermotion to Compel
5  Arbitration (ECF No. 86). There is good cause to grant this additional time based on
6  prescheduled travel commitments of lead members of HCC's legal counsel that overlap with the
7  current response deadline, prescheduled depositions and filings in other matters of HCC's
8  counsel, and legal holidays on June 19 and July 4.

9  In light of the foregoing extension, the Parties agree that Findlay shall have up to, and
10 including July 21, 2025, to file any reply brief to the Countermotion.  There is good cause for
11 this short extension of the reply brief based on a preplanned vacation of one of Findlay's
12 attorneys from July 10 to 15 and other preexisting scheduling conflicts of Findlay's attorneys.

13 Good cause exists to grant this stipulation and it is submitted in good faith, is not
14 interposed for delay, and is not filed for an improper purpose.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

DATED: this 18th day, 2025.

*/s/ Rachel L. Wise*
Juan Luis Garcia (*Pro Hac Vice*)
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza,
32nd Floor New York, NY 10004
Telephone: (212) 820-7700

-and-

Craig J. Mariam (Nevada Bar No. 10926)
Rachel L. Wise (Nevada Bar No. 12303)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street Suite 1550
Las Vegas, NV 89101
Telephone: 702-577-9300

*Attorneys for Plaintiff/Counterdefendant*

DATED: this 18th day, 2025.

*/s/ Anthony J. DiRaimondo*
David A. Carroll (Nevada Bar No. 7643)
Anthony J. DiRaimondo (Nevada Bar No. 10875)
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

-and-

Robert L. Wallan (*Pro Hac Vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant/Counterclaimant*

# ORDER

Houston Casualty Company shall have an additional eleven (11) days, up to, and including July 8, 2025, to respond to the Countermotion to Compel Arbitration (ECF No. 86), and any reply brief of Findlay shall be due on or before July 21, 2025.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: June 23, 2025

4899-0585-2495, v. 1