UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Houston Casualty Company, a foreign corporation,

　　　　　Plaintiff(s),

vs.

Findlay Management Group, a Nevada Domestic Corporation,

　　　　　Defendant(s).

Case No. 2:24-cv-01459-ART-NJK

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

　　　　Nicholas Novak　　　　, Petitioner, respectfully represents to the Court:
　　(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　BatesCarey LLP
　　　　　　　(firm name)

with offices at 　　191 North Wacker, Suite 2400　　,
　　　　　　　　　(street address)

　Chicago　　, Illinois　　, 60606　　,
　(city)　　　　(state)　　　(zip code)

　312-762-3100　　, nnovak@batescarey.com　　.
(area code + telephone number)　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Certain Underwriters as designated below　 to provide legal representation in connection with
　　　[client(s)]

the above-entitled case now pending before this Court.

Certain Underwriters subscribing to Policy No. ACX1068023:
United Specialty Insurance Company; Certain Underwriters at Lloyd's London:
Syndicate BRT 2987; Syndicate KII 1618; Syndicate KLN 510; Syndicate TMK 1880;
Syndicate AUL 1274; Syndicate AES 1225; Aspen Specialty Insurance Company; and
Endurance American Specialty Insurance Company

Rev. 5/16

3. That since **November 8, 2007** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court Northern District of Illinois | Nov. 26, 2007 | |
| U.S. Court of Appeals for the Seventh Circuit | Dec. 8, 2010 | |
| State of Illinois | Nov. 8, 2007 | 6294506 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Associations, Illinois Bar Association, Chicago Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Illinois         )
                           )
COUNTY OF    Cook          )

_____Nicholas Novak_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
MARIA GUERRERO
NOTARY PUBLIC, STATE OF ILLINOIS
Commission No. 983019
My Commission Expires December 8, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Todd L. Moody____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10080 W. Alta Drive, Suite 200_____,
(street address)

____Las Vegas____, ____Nevada____, __89145__,
(city)                (state)             (zip code)

____702-385-2500____, ____tmoody@hutchlegal.com____.
(area code + telephone number)    (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Todd L. Moody__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Lindsay R. Boyd__
(type or print party name, title)

_____
(party's signature)

__VP, Ambridge Cyber Claims__
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__5430__                          __tmoody@hutchlegal.com__
Bar number                        Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: __July 11, 2025__

Rev. 5/16



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/20/2025

Re: Nicholas Robert Novak
Attorney No. 6294506

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Nicholas Robert Novak was admitted to practice law in Illinois on 11/8/2007; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar