Robert E. Schumacher, Esq. (NSB #7504)
Craig J. Mariam, Esq. (NSB #10926)
Rachel L. Wise, Esq. (NSB #12303)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
-and-
Juan Luis Garcia, Esq. (*Pro Hac Vice*)
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
*Attorneys for Plaintiff/Counterdefendant Houston Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Houston Casualty Company, a foreign corporation,<br>　　　　Plaintiff,<br>vs.<br>Findlay Management Group, a Nevada Domestic Corporation,<br>　　　　Defendant.<br>―――――――――――――――――――<br>Findlay Management Group, a Nevada Domestic Corporation,<br>　　　　Defendant/Counterclaimant,<br>vs.<br>Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English business entity; Syndicate KLN 510, an English business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Lloyd's Underwriters Syndicate No. 4444 CNP (Acrisure); West Chester Surplus Lines Insurance Company (Chubb),<br>　　　　Counter-defendants. | Case No. 2:24-cv-01459-ART-NJK<br><br>**MOTION TO REMOVE ATTORNEY ROBERT E. SCHUMACHER FROM THE E-SERVICE LIST** |

1  Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorney Robert E. Schumacher, Esq. (Nevada Bar No. 7504), from this case. Craig J. Mariam, Esq. (Nevada Bar No. 10926) and Rachel L. Wise, Esq. (Nevada Bar No.12303) of GORDON REES SCULLY MANSUKHANI, LLP remain counsel of record for Plaintiff/Counter-Defendant Houston Casualty Company.

Robert E. Schumacher's removal from the e-service list should not delay these proceedings as GORDON REES SCULLY MANSUKHANI, LLP remains counsel for record for Plaintiff/Counter-Defendant Houston Casualty Company. rschumacher@grsm.com, amontero@grsm.com, cpagaduan@grsm.com, sowens@grsm.com should be removed from the e-service list.

Accordingly, there is good cause to justify granting Robert E. Schumacher's removal from the electronic service list in this case.

DATED this 28th day of October, 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Robert E. Schumacher*
Robert E. Schumacher, Esq. (NSB #7504)
Craig J. Mariam, Esq. (NSB #10926)
Rachel L. Wise, Esq. (NSB #12303)
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
-and-
Juan Luis Garcia, Esq. (*Pro Hac Vice*)
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
*Attorneys for Plaintiff/Counterdefendant Houston Casualty Company*

IT IS SO ORDERED.
Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

-2-