UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Houston Casualty Company, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Findlay Management Group, a Nevada Domestic Corporation,<br><br>Defendant.<br><br>---<br><br>Findlay Management Group, a Nevada Domestic Corporation,<br><br>Defendant/Counterclaimant,<br><br>vs.<br><br>Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English | Case No. 2:24-cv-01459-ART-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR FINDLAY MANAGEMENT GROUP TO RESPOND TO MOTION TO COMPEL DOCUMENTS FROM DEFENDANT [ECF NO. 114]**<br><br>**(FIRST REQUEST)** |

-1-

|   |   |
|---|---|
| 1 | business entity; Syndicate KLN 510, an English business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Lloyd's Underwriters Syndicate No. 4444 CNP (Acrisure); West Chester Surplus Lines Insurance Company (Chubb), |

Counter-defendants.

Pursuant to LR IA 6-1, Findlay Management Group ("Findlay") and Houston Casualty ("HCC"), by and through their undersigned counsel, hereby stipulate and agree to extend Findlay's time to respond to HCC's Motion to Compel Documents from Defendant (ECF No. 114) ("Motion to Compel"). The current deadline is December 2, 2025. This is the first request for an extension of time regarding this deadline.

Subject to the Court's approval, the Parties agree that Findlay shall have an additional seven (7) days, up to and including December 9, 2025, to respond to the Motion to Compel. There is good cause to grant this additional time based on the intervening Thanksgiving holiday weekend and pre-existing commitments in other matters. Further, the Parties agree that HCC shall have additional time, up to and including December 19, 2025, to file any reply papers.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2025

-2-