# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Houston Casualty Company, a foreign corporation,

        Plaintiff,

        vs.

Findlay Management Group, a Nevada Domestic Corporation,

        Defendant.

---

Findlay Management Group, a Nevada Domestic Corporation,

        Defendant/Counterclaimant,

        vs.

Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English business entity; Syndicate KLN 510, an English

Case No. 2:24-cv-01459-ART-NJK

**ORDER GRANTING**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS BETWEEN FINDLAY AND COUNTER-DEFENDANTS**

-1-

business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Certain Underwriters at Lloyd's, London Subscribing to Policy B1820WLS23C876 (denominated as Lloyd's Underwriters Syndicate No. 4444 CNP) (Canopius); West Chester Surplus Lines Insurance Company (Chubb),

Counter-defendants.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counterclaimant Findlay Management Group ("Findlay") and the four excess insurer counter defendants, Syndicate 2623 at Lloyd's and Syndicate 623 at Lloyd's (collectively "Beazley"); United Specialty Insurance Company, Aspen Specialty Insurance Company, Endurance American Specialty Insurance Company, and Certain Underwriters at Lloyd's London Syndicates BRT 2987, KII 1618, KLN 510, TMK 1880, AUL 1274 and AES 1225 (collectively "Ambridge"); Westchester Surplus Lines Insurance Company ("Chubb"); and Lloyd's Underwriters Syndicate No. 4444 CNP ("Canopius") (together with Findlay, the "Settling Parties") completed their settlement agreement, it was fully executed on December 15, 2025, and has been fully performed.

The Settling Parties, having reached a settlement agreement, hereby stipulate and agree that any and all claims as between them, including counterclaims and defenses asserted therein, may be dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

_____
Anne R. Traum, U.S. District Judge

Dated: January 26, 2026

-2-

Case No: 2:24-cv-01459-ART-NJK