# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Houston Casualty Company,

    Plaintiff(s),

v.

Findlay Management Group,

    Defendant(s).

Case No. 2:24-cv-01459-ART-NJK

**Order**

[Docket No. 135]

Plaintiff filed an exhibit on the public docket in contravention of the protective order. *See* Docket No. 134-2. Plaintiff then filed a motion to seal that exhibit on an interim basis to afford Defendant an opportunity to establish a basis for sealing. Docket No. 135. Although the motion to seal seeks "immediate[]" relief, Plaintiff did not entitle the motion as an emergency motion or otherwise comply with the requirements for emergency motions. *See id*. Given the circumstances, the Clerk's Office is **INSTRUCTED** to seal Docket No. 134-2 on an interim basis. In response to the motion to seal, Defendant must either file a notice withdrawing its confidentiality designation such that the exhibit is unsealed or file a response explaining how the governing standard for sealing is met.[1]

IT IS SO ORDERED.

Dated: February 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court does not opine herein on what, if any, relief is warranted for Plaintiff's violation of the protective order or failure to comply with the requirements for seeking emergency relief.

1