Todd L. Moody (5430)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
Tele: (702) 385-2500
tmoody@hutchlegal.com

Christopher A. Wadley (*pro hac vice application forthcoming*)
Matthew W. Casey (*pro hac vice application forthcoming*)
WALKER WILCOX MATOUSEK, LLP
One North Franklin Street
Suite 3200
Chicago, Illinois 60606
Tele: (312) 244-6700
cwadley@walkerwilcox.com
mcasey@walkerwilcox.com

*Attorneys for Counter-defendant*
*Westchester Surplus Lines Insurance*
*Company (Chubb)*

Kari A. Timm (*pro hac vice application forthcoming*)
Nicholas R. Novak (*pro hac vice application forthcoming*)
BATESCAREY LLP
191 North Wacker
Suite 2400
Chicago, Illinois 60606
Tele: (312) 762-3100
ktimm@batescarey.com
nnovak@ batescarey.com

*Attorneys for Counter-defendant*
*Ambridge*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Houston Casualty Company, a foreign corporation, | Case No. 2:24-cv-01459-GMN-NJK |
| Plaintiff, | **MOTION FOR REMOVAL FROM SERVICE LIST** |
| vs. | |
| Findlay Management Group, a Nevada Domestic Corporation, | |
| Defendant. | |

Findlay Management Group, a Nevada Domestic Corporation,

Defendant/Counterclaimant,

vs.

Houston Casualty Company, a Texas corporation; Syndicate 2623 and Syndicate 623 at Lloyd's, English business entities; United Specialty Insurance Company, a Delaware corporation; Certain Underwriters at Lloyd's London: Syndicate BRT 2987, an English business entity; Syndicate KII 1618, an English business entity; Syndicate KLN 510, an English business entity; Syndicate TMK 1880, an English business entity; Syndicate AUL 1274, an English business entity; Syndicate AES 1225, an English business entity; Aspen Specialty Insurance Company, a North Dakota corporation; Endurance American Specialty Insurance Company, a New York corporation; Lloyd's Underwriters Syndicate No. 4444 CNP (Acrisure); West Chester Surplus Lines Insurance Company (Chubb),

Counter-defendants.

Todd L. Moody, of the law firm HUTCHISON & STEFFEN, PLLC, Kari A. Timm and Nicholas R. Novak of BATESCAREY LLP, hereby move this Court for an Order removing them from the electronic service list for this matter.

Mr. Moody, Ms. Timm and Mr. Novak represented Counter-defendants United Specialty Insurance Company, Aspen Specialty Insurance Company, Endurance American Specialty Insurance Company and Certain Underwriters at Lloyd's London Syndicates BRT 2987, KII 1618, KLN 510, TMK 1880. AUL 1274 AES 1225 (collectively Ambridge). Mr. Moody also represented Counter-defendant Westchester Surplus Lines Insurance Company (Chubb). These Counter-defendants have been dismissed from this action [Document 134].

/ / /

/ / /

2

As such, Mr. Moody, Ms. Timm and Mr. Novak and their clients are not involved in the outcome of this case and they respectfully request that this Court grant an Order removing them from the electronic service list.

Dated this 9th day of February, 2026.

HUTCHISON & STEFFEN, PLLC

*/s/ Todd L. Moody*

_____

Todd L. Moody (5430)
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
Tele: (702) 385-2500
tmoody@hutchlegal.com

Christopher A. Wadley
Matthew W. Casey
WALKER WILCOX MATOUSEK, LLP
One North Franklin Street
Suite 3200
Chicago, Illinois 60606
Tele: (312) 244-6700
cwadley@walkerwilcox.com
mcasey@walkerwilcox.com

*Attorneys for Counter-defendant*
*Westchester Surplus Lines Insurance*
*Company (Chubb)*

Kari A. Timm (*pro hac vice*)
Nicholas R. Novak (*pro hac vice)*
BATESCAREY LLP
191 North Wacker
Suite 2400
Chicago, Illinois 60606
Tele: (312) 762-3100
ktimm@batescarey.com
nnovak@ batescarey.com

*Attorneys for Counter-defendant*
*Ambridge*

IT IS SO ORDERED.
Dated:  February 9, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge