Rachel L. Wise, Esq. (NSB #12303)
rwise@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300

 -and-

James Sandnes, Esq. (admitted *pro hac vice*)
jsandnes@skarzynski.com
Juan Luis Garcia, Esq. (admitted *pro hac vice*)
jgarcia@skarzynski.com
SKARZYNSKI MARICK & BLACK, LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700

*Attorneys for Plaintiff/Counter-defendant*
*Houston Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a foreign corporation,<br><br>　　　　　Plaintiff-<br>　　　　　Counterclaim-Defendant<br>vs.<br><br>FINDLAY MANAGEMENT GROUP, a Nevada Domestic Corporation,<br><br>　　　　　Defendant-Counterclaimant | Case No.: 2:24-cv-01459-ART-NJK<br><br>**STIPULATION FOR THE EXTENSION OF THE DISPOSITIVE MOTION DEADLINES**<br>**FIRST REQUEST (LR IA 6-1)** |

Pursuant to LR IA 6-1 and LR 26-3, Findlay Management Group ("Findlay") and Houston Casualty ("HCC"), by and through their undersigned counsel, hereby stipulate and agree to extend both parties' time to file potentially dispositive summary judgment motions (the "Planned SJ Motions"). The current deadline is July 9, 2026. ECF No. 166, at 5. Although this is the sixth overall request to extend deadlines set forth in a discovery order, this is the first request for an extension of time regarding the dispositive motion deadline. Subject to the Court's

approval, the Parties agree that Findlay and HCC shall each have an additional six (6) days, up to and including July 15, to file such motions.

In addition, subject to the Court's approval, the Parties jointly propose the following deadlines for responding and replying to such Planned SJ Motions when filed:

- Oppositions shall be filed up to and including August 14, 2026

- Replies in support shall be filed up to and including September 11, 2026

There is good cause to grant this additional time. The Court set the current dispositive motion deadline in response to Plaintiff's discovery motion. ECF No. 166, at 5 ("In light of this ruling, the Court EXTENDS the dispositive motion deadline to July 9, 2026, and the joint proposed pretrial order deadline to August 10, 2026 (or 30 days after resolution of dispositive motions)"). The drafting process is underway but is taking longer than expected given the complexity of the issues. The schedule is now being affected by the intervening semi-quincentennial holiday weekend, during which counsel and witnesses for both Parties will be observing pre-planned holiday and family commitments. Only a short continuance is being requested to allow the Planned SJ motions to be finalized, which is reasonable in light of the holiday weekend, the complexity of the issues, and preexisting commitments in other matters. Similarly, there is good cause for the short expansion of the deadlines for opposition and reply papers because the parties (and some of the witnesses who may need to provide declarations) have preexisting family summer vacation plans that will make finalizing those papers difficult in the normal motion response-time framework.

In accordance with current deadlines, a pretrial order shall be filed 30 days after the disposition of the Planned SJ Motions.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: July 3, 2026

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB # 10875)
Robert E. Opdyke, Esq. (NSB #12841)
RICE REUTHER SULLIVAN & CARROLL LLP
 3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

-and-

Robert L. Wallan (Pro Hac Vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant/Counterclaimant Findlay Management Group*

DATED: July 3, 2026

/s/ James Sandnes
Rachel L. Wise, Esq. (NSB #12303)
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300

 -and-

James Sandnes (Pro Hac Vice)
Juan Luis Garcia, Esq. (Pro Hac Vice)
SKARZYNSKI MARICK & BLACK, LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700

*Attorneys for Plaintiff/Counterdefendant Houston Casualty Comp It is So Ordered:*


**It Is So Ordered**

_____
**United States Magistrate Judge**
Dated: July 8, 2026

4907-5163-9482, v. 4