**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Houston Casualty Company, a foreign corporation,<br><br>Plaintiff/Counter-defendant,<br><br>vs.<br><br>Findlay Management Group, a Nevada Domestic Corporation,<br><br>Defendant/Counterclaimant. | Case No. 2:24-cv-01459-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME AND ENTER BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION FOR SANCTIONS (ECF NO. 169); AND (2) PLAINTIFF'S MOTION IN LIMINE (ECF NO. 173)**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Findlay Management Group ("Findlay") and Houston Casualty ("HCC"), by and through their undersigned counsel, hereby stipulate and agree to extend Findlay's time to respond and set a briefing schedule on (1) Plaintiff's Motion for Sanctions (ECF No. 169), and Plaintiff's Motion *in Limine* (ECF No. 173). In addition, the parties have agreed, subject to the Court's approval, that HCC may file a Notice of Errata and/or Corrected Image explaining the changes made and attaching a revised/corrected Motion *in Limine* to supersede ECF No. 173 promptly and within two days of the Court's approval and which, upon filing, shall supersede and replace ECF 173 but

shall be subject to the same agreed schedule as requested hereby. The current response deadlines are July 29, 2026. This is the first request for an extension of time regarding these deadlines.

Subject to the Court's approval, the Parties agree that Findlay shall have up to and including August 14, 2026, to file oppositions, and HCC shall have up to and including September 11, 2026, to file reply briefs.

There is good cause to grant this additional time. This briefing schedule aligns and coordinates the briefing for the Motion for Sanctions and Motion in Limine with briefing schedule previously entered by the Court for the Motions for Summary Judgment (ECF No. 168). There is overlap between the factual and legal issues raised by the Motions for Summary Judgment, Motion for Sanctions, and Motion in Limine. This coordinated briefing schedule permits counsel sufficient time to brief the issues and it is in the interest of judicial economy.

In addition, HCC recognized, in the press of finalizing three sets of motion papers on the same day, that certain text was imperfectly moved within the Motion and that there were other non-substantive typographical and or citation format errors that should be corrected. HCC believes that the Court's review of the motion would be streamlined by the filing of a Notice of Errata and/or Corrected Image attaching a superseding version of the Motion *in Limine*.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: July 23, 2026

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB # 10875)
**RICE REUTHER SULLIVAN & CARROLL LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

Date: July 23, 2026

/s/ James Sandnes
Craig J. Mariam, Esq. (NSB #10926)
Rachel L. Wise, Esq. (NSB #12303)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300

-and-

-and-

Robert L. Wallan (*Pro Hac Vice)*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, California 90017-5524
Telephone: (213) 488-7163

*Attorneys for Defendant/Counterclaimant Findlay Management Group*

James Sandnes, Esq. (*Pro Hac Vice*)
Juan Luis Garcia, Esq. (*Pro Hac Vice*)
**SKARZYNSKI MARICK & BLACK, LLP**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700

*Attorneys for Plaintiff/Counterdefendant Houston Casualty Company*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: July 24, 2026