UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Houston Casualty Company,

Plaintiff(s),

vs.

Findlay Management Group,

Defendant(s).

Case No. 2:24-cv-01459-ART-NJK

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Marc Coats (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Pillsbury Winthrop Shaw Pittman LLP (firm name) with offices at Four Embaradero Center, 22nd Floor (street address), San Francisco (city), California (state), 94111 (zip code), 415.983.1058 (area code + telephone number), marc.coats@pillsburylaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Findlay Management Group [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since December 6, 2018 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Central District of California | 10/02/2024 | 323241 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association
San Francisco County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

[signature]
Petitioner's signature

STATE OF California )
)
COUNTY OF San Francisco )

Marc C. Coats, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's signature

Subscribed and sworn to before me this

__________ day of ____________________,

see attached California Jurat /bin

____________________________________
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Anthony DiRaimondo (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3800 Howard Hughes Parkway, Suite 1200,
(street address)

Las Vegas, Nevada, 89619,
(city) (state) (zip code)

702.732.9099, adiraimondo@rrsc-law.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Anthony DiRaimondo (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Signed by: Tyler Corder
BFA0FE8F6C6B4B0...
(party's signature)

Tyler Corder, CFO
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Anthony DiRaimondo
Designated Resident Nevada Counsel's signature

10875 — Bar number
adiraimondo@rrsc-law.com — Email address

**APPROVED.**

[signature]
Anne R. Traum
United States District Judge

Dated: August 6, 2026



Rev. 5/16

**CALIFORNIA JURAT** **GOVERNMENT CODE § 8202**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on

this 4th (*Date*) day of August (*Month*), 20 26 (*Year*), by

(1) Marc Coats

(and (2) ____________________),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

B NECOCHEA
Notary Public - California
San Francisco County
Commission # 2413068
My Comm. Expires Aug 16, 2026

*Place Notary Seal and/or Stamp Above*

Signature B. Necochea
*Signature of Notary Public*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Verified Petition For Permission To Practice In This Case Only By Attorney Not Admitted To The Bar Of This Court And Designation of Local Counsel

Document Date: August 4, 2026 Number of Pages: 5

Signer(s) Other Than Named Above: ____________________

©2019 National Notary Association

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 7/29/2026

**LICENSEE NAME:** Marc Christopher Coats

**LICENSEE BAR NUMBER:** 323241

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/6/2018

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Marc Christopher Coats's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*